IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LINDBLAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAN LIN AUCTION GALLERY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-07548-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION AND DENYING PENDING MOTIONS** |

　　　　Before the Court is Magistrate Judge Jacqueline Scott Corley's Report and Recommendation, filed December 8, 2021.  In her Report and Recommendation, Magistrate Judge Corley recommends the Court dismiss the above-titled action without prejudice for lack of subject matter jurisdiction, in that plaintiff's amended complaint does not raise a federal question and the parties are not diverse in citizenship.  Additionally, Magistrate Judge Corley recommends plaintiff's pending motion for injunctive relief[1] be denied for lack of subject matter jurisdiction and also as duplicative, in that plaintiff filed, in Lindblad v. Westmore, Civil Case No. 3:21-cv-07814 EMC, an identical motion, which motion was denied October 28, 2021.  Lastly, Magistrate Judge Corley recommends the Court deny as moot plaintiff's motion for leave to amend.[2]  No objection to the Report and Recommendation has been filed.

---

[1] Plaintiff's motion for injunctive relief, titled "Mot: Temp. Inj. R.65," was filed twice. (See Doc. Nos. 10, 11.)

[2] After plaintiff filed his motion to amend (see Doc. No. 5), the Magistrate Judge dismissed the initial complaint with leave to amend (see Doc. No. 9), and plaintiff subsequently filed an amended complaint.

1    Having reviewed the matter de novo, the Court hereby ADOPTS the Report and
2 Recommendation in its entirety.
3    Accordingly, the above-titled action is hereby DISMISSED without prejudice for
4 lack of subject matter jurisdiction, plaintiff's motion for injunctive relief is hereby DENIED
5 for lack of subject matter jurisdiction and as duplicative, and plaintiff's motion for leave to
6 amend is hereby DENIED as moot.
7    The Clerk shall close the file.
8    **IT IS SO ORDERED.**

10   Dated: December 28, 2021

MAXINE M. CHESNEY
United States District Judge